(Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wolverine Tube, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by Debtor in the last 8 years<br>(include married, maiden and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden and trade names): |
| Last four digits of Soc. Sec. or Individual Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 63-0970812 | Last four digits of Soc. Sec. or Individual Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>200 Clinton Avenue W., Suite 1000<br>Huntsville, AL 35801    ZIP CODE | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Madison County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check all boxes that apply)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockholder
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individual only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Small Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Wolverine Tube, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (if more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
| Name of Debtor:        See Annex A | Case Number | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☒ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of the title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>      Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**
(To be completed by every individual debtor. If a join petition is filed, each spouse must complete and attach a separate Exhibit D.

     ☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

                                         _____
                                         (Name of landlord that obtained judgment)

                                         _____
                                         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

| (Official Form 1) (4/10) | FORM B1, Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Wolverine Tube, Inc. |

## Signatures

| Signature(s) of Debtors(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>Date: | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br>Mark E. Felger<br>Printed Name of Attorney for Debtor(s)<br>Cozen O'Connor, P.C.<br>Firm Name<br>Chase Manhattan Centre, 1201 North Market Street, Suite 1400<br>Address<br>Wilmington, DE 19801<br>(888) 207-2440<br>Telephone Number<br>October 31, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Harold M. Karp<br>Printed Name of Authorized Individual<br>President and Chief Operating Officer<br>Title of Authorized Individual<br>October 31, 2010<br>Date | |

## ANNEX A

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of the petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. Wolverine Tube, Inc.
2. Tube Forming, L.P.
3. Wolverine Joining Technologies, LLC
4. WT Holding Company, Inc.
5. TF Investor Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) | |
| WOLVERINE TUBE, INC., et al.,[1] ) ) | Chapter 11 |
| ) ) | Case No. 10-_____ |
| ) Debtors. ) ) | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

**Name and Address of Equity Holders**

Series A & B Convertible Preferred Stock
Plainfield Capital Ltd.
c/o Plainfield Asset Management LLC
333 Ludlow Street
Stamford, CT 06902

Common Stock
The Debtor is a publicly traded company whose common stock is held by a number of institutions and individual investors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )
WOLVERINE TUBE, INC., et al.,[1]          )    Chapter 11
                                          )
                                          )    Case No. 10-_____
                                          )
          Debtors.                        )    (Joint Administration Requested)
                                          )

## DECLARATION REGARDING
## CORPORATE OWNERSHIP STATEMENT

I, Harold M. Karp, President and Chief Operating Officer of Wolverine Tube, Inc., as an authorized representative of each of the debtors in these chapter 11 cases, declare under penalty of perjury that I have reviewed the list and that it is true and correct as of October 29, 2010, to the best of my knowledge, information and belief.

Date: October 31, 2010

Signature: _____
Harold M. Karp
President and Chief Operating Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

B 1A (Official Form 1, Exhibit A) (9/97)

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| **WOLVERINE TUBE, INC., et al.,**[1] ) | Chapter 11 |
| ) | |
| ) | Case No. 10-_____ |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## EXHIBIT A TO VOLUNTARY PETITION

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-12164.[2]

2. The following unaudited financial data (a) is the latest publicly available information, (b) refers to assets and liabilities as of October 3, 2010, on a consolidated basis, and (c) does not include off balance sheet obligations. The Debtor does not certify as to the accuracy of this information.

    a.  Total Assets                                         $115,624,000

    b.  Total Debts (including debts listed in 2.c. below)   $237,548,000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

[2] While the Debtors are no longer subject to the reporting requirements of Section 13 or 15(d) of the Exchange Act and ceased to file reports under the Exchange Act, the Debtors are nonetheless annexing Exhibit A to the petition.

|   |   |   | Approximate number of holders |
|---|---|---|---|
| c. | Debt securities held by more than 500 holders | | |

There are no debt securities with more than 500 holders.

| d. | Number of shares of preferred stock | 64,494 | 16 |
|---|---|---|---|
| e. | Number of shares of common stock | 40,623,736 | 299 |

Comments if any: The Debtor's common stock was listed on the New York Stock Exchange until it was delisted on March 19, 2007 and currently trades on Over-The-Counter Pink sheets.

3. Brief description of Debtor's business:

The Debtor, together with its debtor and non-debtor affiliates, are global manufacturers of copper and copper alloy tube, fabricated products and metal joining products. A principal segment of the Debtors' business is supplying components and related technology solutions to equipment manufacturers in the commercial and residential HVAC industry.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

Undetermined

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| **WOLVERINE TUBE, INC., et al.,**[1] | ) Chapter 11 |
| | ) |
| | ) Case No. 10-_____ |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THIRTY LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the 30 largest unsecured claims against Wolverine Tube, Inc. ("Wolverine") and its subsidiaries and affiliates as of approximately October 29, 2010. The list has been prepared on a consolidated basis from the books and records of Wolverine and its subsidiaries and affiliates that have contemporaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"). The information in this list shall not constitute an admission by, nor is it binding on, the Debtors.[2]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

[2] The Debtors will file schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| U.S. Bank National Association | U.S. Bank National Association<br>Paul L. Henderson<br>Two Midtown Plaza<br>1349 W. Peachtree Street, NW Suite 1050<br>Atlanta, Georgia 30309 | 15% Senior Secured Notes Due 2012 | | $139,152,771 |
| G D Copper Usa | G D Copper Usa<br><br>800 W Sam Houston Pkwy<br>HOUSTON, TX 77024 | Supplier | | $156,634 |
| Carrollton Farmers Branch Isd | Carrollton Farmers Branch Isd<br>Anna M Brady<br>P.O. Box 110611<br>CARROLLTON, TX 75011-0611 | Property Taxes | | $143,198 |
| John R Ames, Cta Tax Assessor/ | John R Ames, Cta Tax Assessor/<br>John R Ames<br>Po Box 139066<br>DALLAS, TX 75313-9066 | Property Taxes | | $135,185 |
| Arrowhead Lumber Sales, Inc. | Arrowhead Lumber Sales, Inc.<br>Michelle Caudel<br>Po 76269<br>OKLAHOMA CITY, OK 73147 | Supplier | | $97,820 |
| Sue Jac, Inc | Sue Jac, Inc<br>Martha Thomas<br>1402 Southfield Dr Se<br>DECATUR, AL 35603 | Contractors | | $95,568 |
| Foerster Instruments Inc | Foerster Instruments Inc<br>Gloria Irvine<br>140 Industry Dr<br>PITTSBURGH, PA 15275 | Contractors | | $89,375 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| Damar Manufacturing Co | Damar Manufacturing Co<br>Shannon Sharkley<br>3332 W 45Th Place<br>TULSA, OK 74107 | Supplier | | $76,655 |
| Etna Products Inc | Etna Products Inc<br>Diane Schneider<br>Po Box 23609<br>CHAGRIN FALLS, OH 44023 | Supplier | | $76,586 |
| Alpha Packaging Inc | Alpha Packaging Inc<br>Pat Mccarol<br>2020 East Center<br>GREENWOOD, AR 72936 | Shipping | | $74,178 |
| Gea Fes Inc. | Gea Fes Inc.<br>3475 Board Road<br>YORK, PA 17406 | Supplier | | $73,469 |
| Pallet Logistics Of America | Pallet Logistics Of America<br>Suzette Ceeton<br>2101 E. Union Bower Rd.<br>IRVING, TX 75061 | Shipping | | $72,164 |
| Franklin Industries, Inc. | Franklin Industries, Inc.<br>Kimberly Carter<br>Po Box 102<br>SAND SPRINGS, OK 74063 | Metals | | $65,211 |
| Oracle America Inc | Oracle America Inc<br>Po Box 71028<br>CHICAGO, IL 60694-1028 | Supplier | | $63,242 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| Prime Industrial Recruiters | Prime Industrial Recruiters<br>Oddie Mcclendon<br>Po Box 21228 Dept. 202<br>TULSA, OK 74121-1228 | Contractors | | $56,997 |
| Fastenal Co | Fastenal Co<br>Caleb Pettitt<br>2024 N Harrison<br>SHAWNEE, OK 74804 | Distributor | | $56,835 |
| Ati Firth Sterling | Ati Firth Sterling<br>Bob Pratt / Chris Andersen<br>1297 County Line Rd<br>MADISON, AL 35758 | Supplier | | $56,614 |
| Elliott Tool Technologies Ltd | Elliott Tool Technologies Ltd<br>Ron Kelso<br>Po Box 1165-45401<br>DAYTON, OH 45403-3428 | Supplier | | $54,758 |
| Zhejiang Jinghyi Pipe Fittings | Zhejiang Jinghyi Pipe Fittings<br><br>Zhangli Village Lunan Street<br>ZHEJIANG, | Supplier | | $54,261 |
| Advance Chemical Solutions | Advance Chemical Solutions<br>Debra Meens<br>Po Box 702188<br>TULSA, OK 74170-2188 | Supplier | | $52,242 |
| Hussey Copper, Ltd | Hussey Copper, Ltd<br>Art Eicholtz<br>100 Washington Street<br>LEETSDALE, PA 15056 | Supplier | | $50,731 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| Oerlikon Balzers Coating Usa, | Oerlikon Balzers Coating Usa, Lynn Sherman 463 Lakeshore Pkwy Tech Park ROCK HILL, SC 29730 | Supplier | | $48,620 |
| Lenox - Irwin Industrial Tool | Lenox - Irwin Industrial Tool Kent Leonard 75 Remittance Dr CHICAGO, IL 60675-1167 | Supplier | | $45,591 |
| Industrial Motion Control, Llc | Industrial Motion Control, Llc 1444 South Wolf Rd WHEELING, IL 60090 | Supplier | | $45,238 |
| Compton Industrial Service | Compton Industrial Service 1690 County Road 225 HILLSBORO, AL 35643 | Supplier | | $41,869 |
| Glen Carbide Inc | Glen Carbide Inc Po Box 498 CARNEGIE, PA 15106 | Supplier | | $41,273 |
| Kaman Industrial Tech Corp | Kaman Industrial Tech Corp Don Mayfield Po Box 402847 ATLANTA, GA 30384-2847 | Distributor | | $41,244 |
| City Of Warwick | City Of Warwick City Hall Tax Collectors Office WARWICK, RI 02886 | Municipality | | $38,534 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| Siemens Industry Inc | Siemens Industry Inc<br><br>1000 Deerfield Pkwy<br>BUFFALO GROVE, IL 60089-4513 | Supplier | | $36,990 |
| Actiion Inc | Actiion Inc<br><br>Po Box 23069<br>BARLING, AR 72923 | Supplier | | $36,886 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| WOLVERINE TUBE, INC., et al.,[1] ) | Chapter 11 |
| ) | |
| ) | Case No. 10-_____ |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## DECLARATION REGARDING THE CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, Harold M. Karp, President and Chief Operating Officer of Wolverine Tube, Inc., as an authorized representative of each of the debtors in these chapter 11 cases, declare under penalty of perjury that I have reviewed the list and that it is true and correct as of October 29, 2010, to the best of my knowledge, information and belief.

Date: October 31, 2010

Signature: _____
Harold M. Karp
President and Chief Operating Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| **WOLVERINE TUBE, INC., et al.,**[1] ) | Chapter 11 |
| ) | |
| ) | Case No. 10-_____ |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## OFFICER'S CERTIFICATE AS TO
## RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF
## WOLVERINE TUBE, INC.

I, Harold M. Karp, the undersigned President and Chief Operating Officer of Wolverine Tube, Inc., a Delaware corporation (the "Corporation"), do hereby certify that the following is a true and correct copy of resolutions duly adopted by the Board of Directors of the Corporation on October 31, 2010, and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> WHEREAS, after due consideration and in furtherance of the Corporation's restructuring efforts, the Board believes it to be in the best interest of the Corporation, its creditors, and other parties in interest, that voluntary petitions for relief be filed by the Corporation and certain of its Subsidiaries seeking relief under the provisions of Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

> NOW, THEREFORE, IT IS HEREBY

> RESOLVED, that any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and empowered, in the name and on behalf of the Corporation, in its own capacity and in its capacity as direct or indirect sole stockholder, member or partner of the Subsidiaries, to execute and verify voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (such voluntary petitions of the Corporation and the voluntary petitions to be filed by certain of the Corporations Subsidiaries, the "Chapter 11 Cases"), and to cause the same to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the officer executing the petitions on behalf of the Corporation shall determine; and it is further

**RESOLVED**, that any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and empowered, in the name and on behalf of the Corporation, to execute and file all petitions, schedules, lists and other motions, papers or documents, and to take any and all actions which they may deem necessary or appropriate in the Chapter 11 Cases; and it is further

**RESOLVED**, that the Corporation retain the law firm of Cozen O'Connor, P.C. as bankruptcy and reorganization counsel in connection with the Chapter 11 Cases and for all other relevant purposes, and in connection therewith, any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate pleadings for authority to retain the services of Cozen O'Connor, P.C.; and it is further

**RESOLVED**, that the Corporation retain the law firm of Proskauer Rose LLP as special corporate and tax counsel in connection with the Chapter 11 Cases and for all other relevant purposes, and in connection therewith, any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate pleadings for authority to retain the services of Proskauer Rose LLP; and it is further

**RESOLVED**, that the Corporation retain the firm of Deloitte Financial Advisory Services LLP ("Deloitte") as financial advisors in connection with the Chapter 11 Cases and for all other relevant purposes, and in connection therewith, any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate pleadings for authority to retain the services of Deloitte; and it is further

**RESOLVED**, any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code or as otherwise

necessary or appropriate in connection with the Corporation's business operations, and in connection therewith, any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate pleadings for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that in connection with the Chapter 11 Cases by the Corporation, any and all officers of the Corporation be, and each of them acting individually hereby is, authorized and empowered on behalf of and in the name of the Corporation, to negotiate, execute and deliver cash collateral and/or financing arrangements and all other agreements, instruments or documents contemplated thereby, and to grant security interests in the assets and properties of the Corporation to secure the obligations thereunder, and to otherwise consummate the transactions and perform its obligations thereunder, in each case on the terms and conditions such officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by the execution or the taking of such actions, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Corporation; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any and all officers of the Corporation to seek relief on behalf of the Corporation under Chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 cases, or any matter related thereto or contemplated by these resolutions, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of October, 2010.

Signature: _____
Harold M. Karp
President and Chief Operating Officer