**Wolverine Tube, Inc. - DOMESTIC**
**13 Week Rolling Cash Flow Forecast**

*($ in Thousands)*

BASED ON MANAGEMENTS ASSUMPTIONS & ESTIMATES

DRAFT - PRIVILEGED AND CONFIDENTIAL

| WEEK ENDING: | 1<br>7-Nov | 2<br>14-Nov | 3<br>21-Nov | 4<br>28-Nov | 5<br>5-Dec | 6<br>12-Dec | 7<br>19-Dec [1] | 8<br>26-Dec | 9<br>31-Dec | 10<br>9-Jan | 11<br>16-Jan | 12<br>23-Jan | 13<br>30-Jan | 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH START OF WEEK | $ 2,100 | $ 3,702 | $ 5,356 | $ 5,181 | $ 7,011 | $ 7,717 | $ 5,824 | $ 6,708 | $ 6,303 | $ 4,419 | $ 4,687 | $ 2,564 | $ 2,913 | $ 2,100 |
| TOTAL CASH RECEIPTS | 7,552 | 8,568 | 6,920 | 5,594 | 7,638 | 4,592 | 7,393 | 4,198 | 2,040 | 6,671 | 4,743 | 6,590 | 5,682 | 78,181 |
| TOTAL OPERATIONAL DISBURSEMENTS | 5,950 | 6,915 | 7,095 | 3,386 | 6,932 | 6,486 | 6,509 | 4,603 | 2,717 | 6,402 | 6,866 | 6,242 | 4,524 | 74,626 |
| TOTAL CHAPTER 11 RELATED DISBURSEMENTS | - | - | - | 379 | - | - | - | - | 1,206 | - | - | - | 1,054 | 2,639 |
| NET WEEKLY CASH FLOW | 1,602 | 1,653 | (175) | 1,830 | 707 | (1,893) | 884 | (405) | (1,883) | 268 | (2,123) | 348 | 104 | 917 |
| CASH AT END OF WEEK | $ 3,702 | $ 5,356 | $ 5,181 | $ 7,011 | $ 7,717 | $ 5,824 | $ 13,299 | $ 12,870 | $ 11,049 | $ 11,669 | $ 10,324 | $ 10,849 | $ 11,194 | $ 11,194 |

[1] Estimated receipt of proceeds from proposed asset sale in week 7