# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WOLVERINE TUBE, INC., *et al.*[1] | : | Case No. 10-13522 (PJW) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATION OF COUNSEL

I, Mark E. Felger, counsel for the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows:

1. On November 8, 2010, the Debtors filed a *Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with Sale of Certain Assets, (B) Approving Break-Up Fee and Expense Reimbursement; (C) Scheduling an Auction and Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* (the "Sale Motion") [D.I. 60].

2. On November 12, 2010, the Court entered an *Order (A) Approving Bidding Procedures in Connection with Sale of Certain Assets, (B) Approving the Bidding Incentives, (C) Scheduling an Auction and Hearing to Approve the Sale of Certain Assets and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* (the "Bidding Procedures Order") [D.I. 88].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holdings Company, Inc. (4984), and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

3. Pursuant to the Bidding Procedures Order, the deadline to submit competing bids was December 13, 2010 and the deadline to object to the Sale Motion was December 14, 2010. No competing bids were submitted before (or after) the bid deadline.

4. On December 13, 2010, the Pension Benefit Guaranty Corporation filed its limited objection to the Sale Motion (D.I. 192).

5. On December 14, 2010, the Local Texas Taxing Authorities filed its objection to the Sale Motion (D.I. 196).

6. In addition, the Debtors received informal objections from the Environmental Protection Agency and the Carrollton-Farmers Branch Independent School District.

7. Attached hereto as Exhibit "A" is a revised form of Order, which resolves all of the formal and informal objections to the Sale Motion. In addition, attached hereto as Exhibit "B" is a blacklined version of the revised form of Order indicating the modifications from the original form of order that was attached to the Sale Motion.

8. The Debtors hereby respectfully request that the Court enter the revised form of Order at the Court's earliest convenience.

Dated: December 17, 2010

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for the Debtors
and Debtors in Possession*