IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOLVERINE TUBE, INC., et al.,[1] | ) | Case No. 10-13522 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

*AMENDED* **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 21, 2010 AT 9:30 A.M. (EASTERN TIME)**

*HEARING HAS BEEN CANCELLED BY THE COURT*

**RESOLVED/CONTINUED MATTERS:**

1. Motion of Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Authorization to Employ and Retain Bradley Arant Boult Cummings LLP as Asset Disposition Counsel, *Nunc Pro Tunc* to the Petition Date [D.I. 76; Filed 11/9/10]

    Related Pleadings:

    (a) Affidavit of Service (re: D.I. 76) [D.I. 81; Filed 11/11/10]

    (b) Certificate of No Objection [D.I. 178; Filed 12/2/10]

    (c) Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Debtors to Employ and Retain Bradley Arant Boult Cummings LLP as Asset Disposition Counsel, *Nunc Pro Tunc* to the Petition Date [D.I. 183; Entered 11/5/10]

    Objection Deadline: November 30, 2010 at 4:00 p.m.

    Responses Received: None

    Status: Order has been entered.

2. Motion of Debtors Pursuant to Sections 327(e) and 328(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) for an Order Authorizing the Employment

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

and Retention of Crowe Horwath, LLP as Auditors *Nunc Pro Tunc* to November 1, 2010 [D.I. 103; Filed 11/18/10]

Related Pleadings:

(a) Affidavit of Service (re: D.I. 103) [D.I. 138; Filed 11/12/10]

(b) Certification of Counsel [D.I. 193; Filed 12/14/10]

(c) Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of Crowe Horwath, LLP as Auditors *Nunc Pro Tunc* to November 1, 2010 [D.I. 1983; Entered 12/15/10]

Objection Deadline: December 9, 2010 at 4:00 p.m.

Responses Received: None

Status: Order has been entered.

3. Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 100; Filed 11/16/10]

Related Pleadings:

(a) Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 93; Filed 11/15/10]

(b) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 94; Filed 11/15/10]

(c) Affidavit of Service (re: D.I. 100) [D.I. 108; Filed 11/18/10]

(d) Affidavit of Service (re: Notice of Disclosure Statement Hearing) [D.I. 111; Filed 11/18/10]

(e) Notice of Filing of Exhibit "E" to Disclosure Statement [D.I. 113; Filed 11/19/10]

Objection Deadline: December 14, 2010 at 10:00 a.m. The deadline has been extended to January 4, 2011 at 10:00 a.m. for the Securities & Exchange Commission.

Responses Received:

(f) PBGC's Objection to Debtors' Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; and (D) Approving Manner and Forms of Notice and Other Related Documents [D.I. 194; Filed 12/14/10]

Status: The hearing on this matter has been continued to January 6, 2011 at 3:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

4. Motion of the Debtors for an Order (I) Approving Use of Existing Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) and (IV) Granting Administrative Expense Status to Intercompany Claims Between and Among the Debtors and Between and Among the Debtors and Their Non-Debtor Affiliates [D.I. 6; Filed 11/1/10]

Related Pleadings:

(a) Order (I) Approving Use of Existing Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) and (IV) Granting Administrative Expense Status to Intercompany Claims Between and Among the Debtors and Between and Among the Debtors and Their Non-Debtor Affiliates [D.I. 29; Entered 11/2/10]

(b) Notice of (1) Entry of Order and Notice of Hearing Regarding Motion of the Debtors for an Order (I) Approving Use of Existing Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) and (IV) Granting Administrative Expense Status to Intercompany Claims Between and Among the Debtors and Between and Among the Debtors and Their Non-Debtor Affiliates [D.I. 39; Filed 11/3/10]

(c) Affidavit of Service (re: D.I. 6, 29, 39) [D.I. 64; Filed 11/9/10]

(d) Certificate of No Objection [D.I. 200; Filed 12/17/10]

Objection Deadline: December 16, 2010 at 4:00 p.m.

Responses Received: None

**Status: Order has been entered and hearing has been cancelled by the Court.**

**UNCONTESTED MATTERS GOING FORWARD:**

None

**CONTESTED MATTERS GOING FORWARD:**

5. Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with Sale of Certain Assets (B) Approving Break-Up Fee and Expense Reimbursement, (C) Scheduling an Auction and Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [D.I. 60; Filed 11/8/10]

   Related Pleadings:

   (a) Motion of Debtors to Shorten and Limit Notice [D.I. 61; Filed 11/8/10]

   (b) Order Granting Motion of the Debtors to Shorten and Limit Notice [D.I. 74; Entered 11/9/10]

   (c) Affidavit of Service (re: D.I. 60, 74) [D.I. 80; Filed 11/11/10]

   (d) Notice of Filing of Fully Executed Asset Purchase and Sale Agreement in Connection with Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with Sale of Certain Assets (B) Approving Break-Up Fee and Expense Reimbursement, (C) Scheduling an Auction and Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [D.I. 82; Filed 11/11/10]

   (e) Certification of Counsel [D.I. 83; Filed 11/12/10]

   (f) Notice of Sale of Certain Assets, Auction and Sale Hearing [D.I. 85; Filed 11/12/10]

   (g) Order (A) Approving Bidding Procedures in Connection with Sale of Certain Assets, (B) Approving the Bidding Incentives, (C) Scheduling an Auction and Hearing to Approve the Sale of Certain Assets and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts [D.I. 88; Entered 11/12/10]

(h) Affidavit of Service (re: D.I. 85, 88) [D.I. 107; Filed 11/18/10]

(i) Affidavit of Service (re: D.I. 85) [D.I. 110; Filed 11/18/10]

(j) Affidavit of Publication (re: D.I. 85) [D.I. 137; Filed 11/24/10]

(k) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (American Pistol Bullet) [D.I. 142; Filed 11/30/10]

(l) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Custom Coffee Plan) [D.I. 143; Filed 11/30/10]

(m) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (First Choice Power Special Purpose, L.P.) [D.I. 144; Filed 11/30/10]

(n) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Hoover Landscape, Inc.) [D.I. 145; Filed 11/30/10]

(o) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (ImageNet Capital-DFW, LLC) [D.I. 146; Filed 11/30/10]

(p) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Lennox International) [D.I. 147; Filed 11/30/10]

(q) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Luvata Franklin, Inc.) [D.I. 148; Filed 11/30/10]

(r) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Mounce & Associates, Inc.) [D.I. 149; Filed 11/30/10]

(s) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Neopost Leasing) [D.I. 150; Filed 11/30/10]

(t) Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Precision IBC, Inc.) [D.I. 151; Filed 11/30/10]

(u)  Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Safety-Kleen Corp.) [D.I. 152; Filed 11/30/10]

(v)  Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Star Uniform Company, Inc.) [D.I. 153; Filed 11/30/10]

(w)  Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Stewart and Stevenson Power Products LLC) [D.I. 154; Filed 11/30/10]

(x)  Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Trane U.S. Inc.) [D.I. 155; Filed 11/30/10]

(y)  Notice of Debtors' Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts (Waste Management of Texas, Inc.) [D.I. 156; Filed 11/30/10]

(z)  Certificate of Service (re: D.I. 142 – D.I. 156) [D.I. 157; Filed 11/30/10]

(zz) **Certification of Counsel [D.I. 203; Filed 12/17/10]**

Objection Deadline:  December 14, 2010 at 10:00 a.m.

Responses Received:

(aa) Limited Objection of the Pension Benefit Guaranty Corporation to Debtors' Proposed Sale of Assets [D.I. 192; Filed 12/13/10]

(bb) Local Texas Tax Authorities' Objection to Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures…and (II) an Order (A) Approving the Proposed Sale…and (C) Granting Certain Related Relief [D.I. 196; Filed 12/14/10]

(cc) Informal limited objection of the Environmental Protection Agency.

(dd) Informal limited objection of the Carrollton Farmer Branch Independent School District.

**Status: Order has been entered and hearing has been cancelled by the Court.**

Dated: December 20, 2010

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for the Debtors and
Debtors-in-Possession*