# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOLVERINE TUBE, INC., et al.,[1] | ) | Case No. 10-13522 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 10, 2011 AT 9:30 A.M. (EASTERN TIME)

**CONTINUED/RESOLVED MATTERS:**

1. Third Omnibus Objection (Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Rule 3007-1 [D.I. 379; Filed 4/21/11]

   Related Pleadings:

   (a)  Affidavit of Service [D.I. 388; Filed 4/27/11]

   (b)  Notice of Rescheduled Omnibus Hearing [D.I. 389; Filed 4/27/11]

   (c)  Notice of Submission of Copies of Proofs of Claim [D.I. 405; Filed 5/10/11]

   (d)  Affidavit of Service [D.I. 413; Filed 5/11/11]

   (e)  Certificate of No Objection [D.I. 418; Filed 5/13/11]

   (f)  Notice of Withdrawal of Docket No. 418 [D.I. 424; Filed 5/16/11]

   (g)  Certification of Counsel [D.I. 449; Filed 5/23/11]

   (h)  Proposed Order

   (i)  Order Sustaining Third Omnibus Objection (Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Rule 3007-1 [D.I. 454; Entered 5/24/11]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 2100 Market Street, NE, Decatur, Alabama 35601.

(j)  Affidavit of Service (re: D.I. 454) [D.I. 464; Filed 5/25/11]

Objection Deadline: May 9, 2011 at 4:00 p.m. Extended to May 20, 2011 at 12:00 p.m. for Great Lakes Copper.

Responses Received:

(k)  Response of Great Lakes Copper [D.I. 439; Filed 5/20/11]

(l)  Emergency Motion of Great Lakes Copper, Inc. to Shorten Notice and Adjourn the Hearing Scheduled on the Third Omnibus Objection (Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Rule 3007-1 [D.I. 442; Filed 5/20/11]

Status: The hearing with respect to the objection to Great Lakes Copper's proof of claim and the emergency motion for an adjournment of the hearing is adjourned to June 21, 2011 at 9:30 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

None

## UNCONTESTED MATTERS GOING FORWARD:

None

## CONTESTED MATTERS GOING FORWARD:

## CONFIRMATION HEARING

IN THE EVENT THAT THE PARTIES ARE UNABLE TO FINALIZE THE SETTLEMENT OF THE DEBTORS' MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION AGAINST DEFENDANT PLAINFIELD ASSET MANAGEMENT LLC FILED IN ADV. PROC. NO. 11-52301 [A.D.I. 3] (AS REPORTED IN DOCKET NO. 502), THE HEARING ON SUCH MOTION WILL GO FORWARD AT THIS HEARING PRIOR TO THE COMMENCEMENT OF THE CONFIRMATION HEARING

2.  First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, As Modified [D.I. 366; Filed 4/15/11]

    Related Pleadings:

    (a)  Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 93; Filed 11/15/10]

    (b)  Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 94; Filed 11/15/10]

    (c)  Debtors' Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; and (D) Approving Manner and Forms of Notice and Other Related Documents [D.I. 100; Filed 11/16/10]

    (d)  Affidavit of Service (re: D.I. 100) [D.I. 108; Filed 11/18/10]

    (e)  Affidavit of Service (re: Notice of Disclosure Statement Hearing) [D.I. 111; Filed 11/18/10]

    (f)  Notice of Filing of Exhibit "E" to Disclosure Statement [D.I. 113; Filed 11/19/10]

    (g)  Notice of Rescheduled Disclosure Statement Hearing [D.I. 202; Filed 12/17/10]

    (h)  Affidavit of Service (re: D.I. 202) [D.I. 213; Filed 12/21/10]

    (i)  First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 357; Filed 4/13/11]

    (j)  First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 358; Filed 4/13/11]

    (k)  Notice of Filing Exhibits "D" and "E" to First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 362; Filed 4/14/11]

    (l)  First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc.

and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, As Modified [D.I. 367; Filed 4/15/11]

(m) Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; and (D) Approving Manner and Forms of Notice and Other Related Documents [D.I. 368; Entered 4/15/11]

(n) Affidavit of Service (re: D.I. 368) [D.I. 374; Filed 4/19/11]

(o) Notice of Hearing to Consider Confirmation of the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, As Modified [D.I. 380; Filed 4/22/11]

(p) Affidavit of Publication (re: D.I. 380) [D.I. 385; Filed 4/26/11]

(q) Affidavit of Donlin, Recano & Company, Inc. regarding Service of Solicitation Packages with Respect to First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, As Modified [D.I. 399; Filed 5/2/11]

(r) Affidavit of Donlin, Recano & Company, Inc. regarding Service of Solicitation Packages to Broadridge [D.I. 411; Filed 5/11/11]

(s) Affidavit of Donlin, Recano & Company, Inc. regarding Service of Solicitation Packages to Mediant Communications [D.I. 412; Filed 5/11/11]

(t) Notice of Filing of Rejected Contracts Schedule (pursuant to Section 9.1 of the Debtors' First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, As Modified [D.I. 430; Filed 5/17/11]

(u) Plan Supplement [D.I. 431; Filed 5/17/11]

(v) Notice of Filing of Plan Supplement [D.I. 432; Filed 5/17/11]

(w) Affidavit of Service (re: D.I. 430) [D.I. 445; Filed 5/23/11]

(x) Affidavit of Service (re: D.I. 432) [D.I. 446; Filed 5/23/11]

(y) Amended Plan Supplement [D.I. 470; Filed 5/25/11]

(z) Notice of Filing of Amendment to Plan Supplement [D.I. 471; Filed 5/25/11]

(aa) Second Amended Plan Supplement [D.I. 474; Filed 5/26/11]

(bb) Non-Material Modifications to First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [D.I. 481; Filed 5/31/11]

(cc) Declaration of Jung W. Song, Esq. of Donlin, Recano & Company, Inc. with Respect to the Tabulation of Votes and Certifying the Results of Solicitation of the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [D.I. 482; Filed 5/31/11]

(dd) Declaration of Mark E. Chesen in Support of Confirmation of the Debtors' Plan of Reorganization with Respect Valuation Matters and Satisfaction of Best Interests of Creditors Trust [D.I. 483; Filed 5/31/11]

(ee) Debtors' Memorandum of Law in Support of First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, as Amended [D.I. 490; Filed 6/1/11]

(ff) Affidavit of Service (re: D.I. 481) [D.I. 492; Filed 6/3/11]

(gg) Affidavit of Service (re: D.I. 490) [D.I. 495; Filed 6/3/11]

(hh) Declaration of Nancy T. Stuart, the Debtors' Vice President of Finance and Corporate Controller, in Support of Confirmation of the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [D.I. 501; Filed 6/8/11]

(ii) Notice of Filing of Proposed Form of Confirmation Order [D.I. 503; Filed 6/8/11]

<u>Objection Deadline</u>: May 23, 2011 at 5:00 p.m. Extended to May 24, 2011 for U.S. Bank National Association. Extended to May 31, 2011 for Plainfield Asset Management LLC.

Responses Received:

(1) A Common Stockholders (John Wust) Objection to Debtor's Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 255; Filed 1/24/11][2]

(2) The United States Trustee's Objection to the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Certain Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [D.I. 435; Filed 5/19/11]

(3) Objection of U.S. Bank National Association to the Debtors' First Amended Joint Plan of Reorganization [D.I. 457; Filed 5/24/11]

(4) Objection of Plainfield Asset Management LLC to the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 487; Filed 5/31/11]

(5) Response of Tom Leake to Debtors' Memorandum/Brief in Support of First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [D.I. 499; Filed 6/3/11]

Status: The hearing on this matter is going forward.

Dated: June 8, 2011

COZEN O'CONNOR

Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel to the Debtors and Debtors-in-Possession*

---

[2] On May 23, 2011, John Wust II filed a Complaint which was docketed as Adv. Proc. No. 11-52027, which seeks relief relating to confirmation of the Plan, but does not join the Debtors as defendants.