Mark E. Felger
COZEN O'CONNOR
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000

*Counsel for Debtors and Debtors-in-Possession*

Scott K. Rutsky
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000

*Special Corporate and Tax Counsel for Debtors and Debtors in Possession*

Hearing Date and Time: 06/10/2011 at 9:30 a.m.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| **WOLVERINE TUBE, INC., et al.,**[1] | : Chapter 11 |
| | : Case No. 10-13522 (PJW) |
| Debtors. | : (Jointly Administered) |

**AMENDED DECLARATION OF JUNG W. SONG, ESQ. OF
DONLIN, RECANO & COMPANY, INC. WITH RESPECT TO THE
TABULATION OF VOTES AND CERTIFYING THE RESULTS OF
SOLICITATION ON THE FIRST AMENDED JOINT PLAN OF
REORGANIZATION OF WOLVERINE TUBE, INC. AND ITS AFFILIATED DEBTORS
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 200 Clinton Avenue West, 10th Floor, Huntsville, Alabama 35801.

I, Jung W. Song, Esq., hereby declare pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am the Managing Director of Balloting and Distribution at Donlin, Recano & Company, Inc. ("Donlin"), located at 419 Park Ave South, Suite 1206, New York, New York 10016. Donlin is a chapter 11 bankruptcy administration firm and is retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") to act as, among other responsibilities, as the noticing, balloting and claims agent in these Chapter 11 Cases pursuant to the *Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Bankruptcy Rule 2002-1(f) Authorizing the Retention of Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to the Debtors and Debtors-in-Possession*, dated November 2, 2010 **[Docket No. 38]**.

2. Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein. I submit this declaration with respect to the confirmation of the *First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code as Modified* (the "Plan") attached as Appendix A to the Disclosure Statement, dated April 15, 2011 ("Disclosure Statement") **[Docket No. 367]** (as may be amended, modified, or supplemented from time to time, the Plan). This declaration is a certification of the amount and number of Allowed Claims of each Voting Class (defined below) accepting or rejecting the Plan. Donlin has worked with the Debtors and counsel to the Debtors to solicit votes to accept or reject the Plan. I am authorized to submit this declaration on behalf of Donlin. Capitalized terms used but

not otherwise defined herein shall have the meanings ascribed to them in the Solicitation Procedures Order (defined below) or the Plan.

3. On April 15, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; and (D) Approving Manner and Forms of Notice and Other Related Documents.* **[Docket No. 368]** (the "Solicitation Procedures Order") in the chapter 11 cases of the Debtors. The procedures for solicitation and tabulation of votes on the Plan are set forth in the Solicitation Procedures Order (the "Voting Procedures").

## I. Service and Transmittal of Solicitation Packages and Related Information

4. Donlin solicited votes in accordance with the procedures set forth in the Solicitation Procedures Order from the Holders of Claims in the following Classes (the "Voting Classes"):

| Class | Description |
|---|---|
| 3 | Note Claims |
| 5 | PBGC Claim |

5. Holders of Claims in Classes 1, 2, 4 and 9 are Unimpaired (collectively, the "Unimpaired Classes") pursuant to the Plan, and therefore, are deemed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Old Preferred Stock in Class 6, Holders of Old Common Stock in Class 7 and Holders of Section 510(b) Claims in Class 8 are

Impaired under the Plan and on the Effective Date, shall be cancelled, and shall not receive or retain any property or interest in property under the Plan, and therefore, are deemed to have rejected the Plan under section 1126(g) of the Bankruptcy Code. Accordingly, pursuant to paragraph 15 of the Solicitation Procedures Order, Ballots and copies of the Plan and Disclosure Statement were not provided to Holders of Claims in Classes 1, 2, 4, 6, 7, 8, and 9 except to the extent such a Holder requested a copy of the Plan or the Disclosure Statement.

6. On or before April 22, 2011, in accordance with the Solicitation Procedures Order, Donlin caused to be served via First Class U.S. Mail and FedEx, postage prepaid:[2]

   a. Solicitation Packages, which included the appropriate Ballot, on all Holders of Claims and Interests in the Voting Classes;

   b. the Confirmation Hearing Notice and the *Notice of Non-Voting Status To Holders of Impaired Claims and Interests Deemed to Reject the Plan*;

   c. the Confirmation Hearing Notice and the *Notice of Non-Voting Status To Holders of Unimpaired Claims and Interests Conclusively Presumed to Accept the Plan*;

   d. the Confirmation Hearing Notice and the *Notice of Assumption to Contract and Lease Counterparties*; and

   e. the Confirmation Hearing Notice to the following persons and entities to the extent they did not otherwise receive a Confirmation Hearing Notice under the Solicitation Procedures Order: (i) all creditors scheduled by the Debtors on their Schedules of Liabilities, (ii) all parties that have filed Proofs of Claim against the Debtors' estates and whose Proofs of Claim have not been disallowed pursuant to an order of the Court, (iii) all known parties to executory contracts and unexpired leases with the Debtors, and (iv) all parties listed on the Debtors' consolidated creditors matrix.

---

[2] See *Affidavit of Donlin, Recano and Company, Inc. Regarding Service of Solicitation Packages with Respect to First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of Wolverine Tube, Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, as Modified*, dated April 28, 2011 [**Docket No. 399**]. See also *Affidavit of Donlin, Recano and Company, Inc. Regarding Service of Solicitation Packages to Broadridge*, dated May 11, 2011 [**Docket No. 411**]. See also *Affidavit of Donlin, Recano and Company, Inc. regarding Service of Solicitation Packages with Respect to First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization, as Modified on Mediant Communications*, dated May 11, 2011 [**Docket No. 412**].

7. On or around April 22, 2011, links were posted on the Debtors' restructuring website maintained by Donlin at http://www.donlinrecano.com/wti providing parties with access to, among other documents, copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order, and the Confirmation Hearing Notice.

## II. General Tabulation Process

8. The Solicitation Procedures Order established April 15, 2011, as the Voting Record Date for determining which Holders of Claims and Interests were entitled to receive notices, Solicitation Packages, and where applicable, vote on the Plan.

9. In order to identify the Holders of Claims and Interests entitled to receive notices, Solicitation Packages, and where applicable, vote to accept or reject the Plan, Donlin used the *Statements of Financial Affairs* and the *Amended Schedules of Assets and Liabilities* filed by the Debtors, and Claims information pertaining to the Debtors' chapter 11 cases contained in Donlin's internal database to which this information was loaded. Using the information outlined above, and with specific guidance and approval from the Debtors and their advisors, Donlin created a voting database reflecting the name, address, voting amount, and classification of Claims and Interests in the Voting Classes. Using this voting database, Donlin generated Ballots for Holders of Claims entitled to vote to accept or reject the Plan.

10. The Solicitation Procedures Order established May 23, 2011 at 5:00 p.m. (prevailing Eastern Time), as the deadline for delivery of Ballots voting to accept or reject the Plan (the "Voting Deadline"). All Ballots were to be delivered to Donlin as follows: at one of the two following addresses: (i) Donlin, Recano & Company, Inc., Re: Wolverine Tube Inc., Attn: Voting Department, 419 Park Avenue South, Suite 1206, New York, New York 10016 (if by hand delivery or overnight courier); or (ii) Donlin, Recano & Company, Inc., Re: Wolverine

Tube Inc., Attn: Voting Department, P.O. Box 2034, Murray Hill Station, New York, New York 10156-0701 (if by regular mail).

11. On May 19, 2011, the Debtors extended the Voting Deadline from May 23, 2011 at 5:00 p.m. (prevailing Eastern Time) to May 25, 2011 at 5:00 p.m. (prevailing Eastern Time) for 28 bondholders and PBGC (the "Extended Voting Deadline"). A list of the parties attached hereto on **Exhibit B**.

12. On or about May 21, 2011, the Debtors extended the Extended Voting Deadline from May 25, 2011 at 5:00 p.m. (prevailing Eastern Time) to May 27, 2011 at 5: p.m. (prevailing Eastern Time) for 28 bondholders (the "Bondholders Extended Voting Deadline"). A list of parties attached hereto on **Exhibit C**.

13. On May 24, 2011, the Debtors extended the Extended Voting Deadline from May 25, 2011 at 5:00 p.m. (prevailing Eastern Time) to May 26, 2011 5:00 p.m. (prevailing Eastern Time) for PBGC (the "PBGC Extended Voting Deadline") identified on **Exhibit B** (PBGC).

14. On May 26, 2011, the Debtors extended the Bondholders Extended Voting Deadline from May 25, 2011 to prior to the Confirmation Hearing on June 2, 2011 (the "Original Confirmation Hearing") for the Plainfield entities (the "Plainfield Extended Voting Deadline") identified on **Exhibit C** (Plainfield). The Debtors also agreed to allow Plainfield to submit ballots directly to Donlin. As such, these ballots are not included in the Final Tabulation Results (defined below).

15. On or about June 1, 2011, the Debtors extended the Plainfield Extended Voting Deadline to June 9, 2011.

16. Upon receipt of the Ballots, Donlin adhered to the following procedures:

   a. The envelopes containing the Ballots were opened, and the materials were removed and stamped with the date and time received. The Ballots were then

6

scanned into Donlin's system and sequentially numbered (the "<u>Sequence Number</u>"); and

b.  Donlin's personnel then entered into a computer database all pertinent information from the Ballots, including among other things, the date and time the Ballots were received, the Sequence Number, the voting dollar amount, and whether the Ballots indicated an acceptance or rejection of the Plan.

17. All Ballots that were received by Donlin were tabulated in accordance with the procedures set forth in the Solicitation Procedures Order. Donlin is in possession of the Ballots received by it, and copies of same are available for review during Donlin's normal business hours at 419 Park Ave. South, Suite 1206, New York, New York 10016.

### III. Master Ballot Voting Procedures

18. The following additional procedures were used in tabulating the votes of Class 3 Note Claims from Master Ballots:

(a)  The Voting Record Date was used as the record date for determining the identity of beneficial holders (the "<u>Beneficial Holders</u>") of Note Claims eligible to vote on the Plan, and the Claim amounts at which they were entitled to vote.

(b)  As further described in the Donlin Affidavit of Service dated April 28, 2011 [Docket No. 399], Donlin caused the appropriate number of sets of Solicitation Packages to be delivered to each nominee holder or its agent (the "<u>Nominee Holders</u>") of the Note Claims as of the Voting Record Date.

(c)  At the Debtors' direction, Donlin arranged to pick up master ballots from Broadridge Financial Solutions, Inc ("<u>Broadridge</u>"), which acts as an agent for a significant number of banks and brokerage firms. Donlin's representative was at Broadridge at the pre-arranged time of 5:00 p.m. (eastern Prevailing Time) on May 23, 2011.

(d)  At the Debtors' direction, Donlin arranged to pick up master ballots from Broadridge at the pre-arranged time of 3:00 p.m. (eastern Prevailing Time) on May 27, 2011 for the Bondholders Extended Voting Deadline.

(e)  Any Ballot received by Donlin which purported to vote a Beneficial Holder's Class 3 Claim for Note Claims and which was neither (i) a

Master Ballot nor (ii) pre-validated by the applicable Nominee Holder thereof in a manner acceptable to the Debtors and Donlin, was excluded from the Final Tabulation Results (defined below).

(f) Votes cast by Beneficial Holders through Nominee Holders were applied to the positions held by such Nominee Holders in Class 3 as of the Voting Record Date, and as evidenced by the Security Position Reports generated by the Depository Trust Company. Votes submitted by Nominee Holders, whether pursuant to a Master Ballot or pre-validated Ballot, were not counted in excess of the amount of Note Claims held by such Nominee Holder under the same CUSIP number as of the Voting Record Date.

(g) In situations where over-votes were submitted by or on behalf of a Nominee Holder, whether pursuant to a Master Ballot or pre-validated Ballot, Donlin reconciled such discrepancies with the appropriate Nominee Holder.

(h) For purposes of tabulating votes, each voting Beneficial Holder was deemed to have voted the principal amount of its Claims in Class 3, and the Final Tabulation Results do not reflect any further adjustment to the voting amounts reported on Master Ballots or pre-validated Ballots.

## IV. The Voting Results

19. The results of the aforesaid tabulation of properly executed Ballots received on or before the Voting Deadline are set forth below and in the report annexed hereto as **Exhibit A** (the "Final Tabulation Results").

| CLASSES | TOTAL BALLOTS RECEIVED | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | AMOUNT (% of Amount Voted) | NUMBER (% of Number voted) | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) |
| Class 3 – Note Claims | $113,365,508.00 (100%) | 85 (98.80%) | $779.00 (0.00%) | 1 (1.20%) |
| Class 5 – PBGC Claim | $ 1.00 (100%) | 1 (100%) | $ 0.00 (0.00%) | 0 (0.00%) |

20. In accordance with the Voting Procedures, any Ballot received after its respective voting deadline was excluded from the Final Tabulation Results and was assigned a defective code "G". A complete list of all Ballots with defective code "G" are set forth on **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 9, 2011.                            /s/ Jung W. Song
                                                    Jung W. Song



# Wolverine Tube Inc.
## Tabulation Report as of 6/9/2011

| Class | Ballot ID | Acct No. | Claim No. | Nominee Name/Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 900003 | 311401222379 | | (978093AF9) CHARLES SCHWAB & CO., INC. | 214,120.00 | 32,339.00 | -171,002.00 | ACCEPT | 1 | 0 | 32,339.00 | 0.00 | 5/23/11 |
| 3 | 900003 | 311401225668 | | (978093AF9) CHARLES SCHWAB & CO., INC. | 214,120.00 | 10,779.00 | -171,002.00 | ACCEPT | 1 | 0 | 10,779.00 | 0.00 | 5/23/11 |
| 3 | 900009 | 226036720737 | | (978093AF9) GOLDMAN, SACHS & CO | 20,606,693.00 | 3,630,831.00 | -167,096.00 | ACCEPT | 1 | 0 | 3,630,831.00 | 0.00 | 6/9/11 |
| 3 | 900009 | AA1 | | (978093AF9) GOLDMAN, SACHS & CO | 20,606,693.00 | 754,625.00 | -167,096.00 | ACCEPT | 1 | 0 | 754,625.00 | 0.00 | 5/27/11 |
| 3 | 900009 | AA2 | | (978093AF9) GOLDMAN, SACHS & CO | 20,606,693.00 | 16,054,141.00 | -167,096.00 | ACCEPT | 1 | 0 | 16,054,141.00 | 0.00 | 5/27/11 |
| 3 | 900014 | 128954289038 | | (978093AF9) J.P. MORGAN CLEARING CORP. | 12,977,184.00 | 1,047,173.00 | -1,403,047.00 | ACCEPT | 1 | 0 | 1,047,173.00 | 0.00 | 5/23/11 |
| 3 | 900014 | 128954290396 | | (978093AF9) J.P. MORGAN CLEARING CORP. | 12,977,184.00 | 4,027,312.00 | -1,403,047.00 | ACCEPT | 1 | 0 | 4,027,312.00 | 0.00 | 5/23/11 |
| 3 | 900014 | 128954291429 | | (978093AF9) J.P. MORGAN CLEARING CORP. | 12,977,184.00 | 655,609.00 | -1,403,047.00 | ACCEPT | 1 | 0 | 655,609.00 | 0.00 | 6/9/11 |
| 3 | 900014 | 128954292552 | | (978093AF9) J.P. MORGAN CLEARING CORP. | 12,977,184.00 | 5,844,043.00 | -1,403,047.00 | ACCEPT | 1 | 0 | 5,844,043.00 | 0.00 | 5/23/11 |
| 3 | 900011 | 125050521 | | (978093AF9) JANNEY MONTGOMERY SCOTT LLC | 33,681.00 | 7,545.00 | -26,136.00 | ACCEPT | 1 | 0 | 7,545.00 | 0.00 | 5/13/11 |
| 3 | 900016 | 61970 | | (978093AF9) JPMORGAN CHASE BANK, | 10,510,517.00 | 983,033.00 | -429,154.00 | ACCEPT | 1 | 0 | 983,033.00 | 0.00 | 5/23/11 |
| 3 | 900016 | 62313 | | (978093AF9) JPMORGAN CHASE BANK, | 10,510,517.00 | 343,322.00 | -429,154.00 | ACCEPT | 1 | 0 | 343,322.00 | 0.00 | 5/23/11 |
| 3 | 900016 | 85522 | | (978093AF9) JPMORGAN CHASE BANK, | 10,510,517.00 | 5,469,070.00 | -429,154.00 | ACCEPT | 1 | 0 | 5,469,070.00 | 0.00 | 5/23/11 |
| 3 | 900016 | 87204 | | (978093AF9) JPMORGAN CHASE BANK, | 10,510,517.00 | 982,247.00 | -429,154.00 | ACCEPT | 1 | 0 | 982,247.00 | 0.00 | 5/23/11 |
| 3 | 900016 | 87691 | | (978093AF9) JPMORGAN CHASE BANK, | 10,510,517.00 | 280,044.00 | -429,154.00 | ACCEPT | 1 | 0 | 280,044.00 | 0.00 | 5/23/11 |
| 3 | 900016 | 89605 | | (978093AF9) JPMORGAN CHASE BANK, | 10,510,517.00 | 2,023,647.00 | -429,154.00 | ACCEPT | 1 | 0 | 2,023,647.00 | 0.00 | 5/23/11 |
| 3 | 900013 | 708368935266 | | (978093AF9) JPMORGAN CHASE | 42,446,668.00 | 42,446,668.00 | 0.00 | ACCEPT | 1 | 0 | 42,446,668.00 | 0.00 | 6/9/11 |
| 3 | 900018 | 612791540746 | | (978093AF9) MERRILL LYNCH, PIERCE FENNER & | 1,228,589.00 | 1,051,247.00 | -123,993.00 | ACCEPT | 1 | 0 | 1,051,247.00 | 0.00 | 5/23/11 |
| 3 | 900018 | 612791541879 | | (978093AF9) MERRILL LYNCH, PIERCE FENNER & | 1,228,589.00 | 26,955.00 | -123,993.00 | ACCEPT | 1 | 0 | 26,955.00 | 0.00 | 5/23/11 |
| 3 | 900018 | 612791542902 | | (978093AF9) MERRILL LYNCH, PIERCE FENNER & | 1,228,589.00 | 26,394.00 | -123,993.00 | ACCEPT | 1 | 0 | 26,394.00 | 0.00 | 5/23/11 |
| 3 | 900022 | 425030250100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030264100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030273100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 5,391.00 | -25,456.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030281100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 5,391.00 | -25,456.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030284100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030356100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 5,391.00 | -25,456.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030413100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 32,341.00 | -25,456.00 | ACCEPT | 1 | 0 | 32,341.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030443100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030476100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030487100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030519100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 5,391.00 | -25,456.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030599100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030612100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 5,391.00 | -25,456.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030674100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 21,561.00 | -25,456.00 | ACCEPT | 1 | 0 | 21,561.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030690100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 12,937.00 | -25,456.00 | ACCEPT | 1 | 0 | 12,937.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425030707100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 21,561.00 | -25,456.00 | ACCEPT | 1 | 0 | 21,561.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425031264100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425031630100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425031744100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 43,121.00 | -25,456.00 | ACCEPT | 1 | 0 | 43,121.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425032045100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 5,391.00 | -25,456.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 425033128100 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 53,902.00 | -25,456.00 | ACCEPT | 1 | 0 | 53,902.00 | 0.00 | 5/20/11 |
| 3 | 900022 | 597407185044 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/23/11 |
| 3 | 900022 | 597407195279 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 10,780.00 | -25,456.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/23/11 |
| 3 | 900022 | 597407199691 | | (978093AF9) MORGAN STANLEY & CO. | 383,366.00 | 21,561.00 | -25,456.00 | ACCEPT | 1 | 0 | 21,561.00 | 0.00 | 5/23/11 |
| 3 | 900023 | 818825415656 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 5,388.00 | -423,000.00 | ACCEPT | 1 | 0 | 5,388.00 | 0.00 | 5/23/11 |
| 3 | 900023 | 818825421469 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 39,062.00 | -423,000.00 | ACCEPT | 1 | 0 | 39,062.00 | 0.00 | 5/23/11 |
| 3 | 900023 | 818825423625 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 5,388.00 | -423,000.00 | ACCEPT | 1 | 0 | 5,388.00 | 0.00 | 5/23/11 |

# Wolverine Tube Inc.
## Tabulation Report as of 6/9/2011

| Class | Ballot ID | Acct No. | Claim No. | Nominee Name/Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 900023 | 818825426914 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 779.00 | -423,000.00 | REJECT | 0 | 1 | 0.00 | 779.00 | 5/23/11 |
| 3 | 900023 | 818825431694 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 7,923,578.00 | -423,000.00 | ACCEPT | 1 | 0 | 7,923,578.00 | 0.00 | 5/23/11 |
| 3 | 900023 | 818825436149 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 3,233.00 | -423,000.00 | ACCEPT | 1 | 0 | 3,233.00 | 0.00 | 5/23/11 |
| 3 | 900023 | 818825437272 | | (978093AF9) NATIONAL FINANCIAL SERVICES | 8,427,377.00 | 26,949.00 | -423,000.00 | ACCEPT | 1 | 0 | 26,949.00 | 0.00 | 5/23/11 |
| 3 | 900007 | 597645177491 | | (978093AF9) PEGGY HUBBS | 1,034,620.00 | 74,384.00 | -938,676.00 | ACCEPT | 1 | 0 | 74,384.00 | 0.00 | 5/23/11 |
| 3 | 900007 | 597645178524 | | (978093AF9) PEGGY HUBBS | 1,034,620.00 | 5,390.00 | -938,676.00 | ACCEPT | 1 | 0 | 5,390.00 | 0.00 | 5/23/11 |
| 3 | 900007 | 597645213921 | | (978093AF9) PEGGY HUBBS | 1,034,620.00 | 16,170.00 | -938,676.00 | ACCEPT | 1 | 0 | 16,170.00 | 0.00 | 5/23/11 |
| 3 | 900026 | 225911034101 | | (978093AF9) PERSHING LLC, | 211,927.00 | 26,949.00 | -184,978.00 | ACCEPT | 1 | 0 | 26,949.00 | 0.00 | 5/23/11 |
| 3 | 900029 | 818532722730 | | (978093AF9) RBC CAPITAL MARKETS | 1,406,897.00 | 3,233.00 | -1,365,935.00 | ACCEPT | 1 | 0 | 3,233.00 | 0.00 | 5/23/11 |
| 3 | 900029 | 818532726152 | | (978093AF9) RBC CAPITAL MARKETS | 1,406,897.00 | 37,729.00 | -1,365,935.00 | ACCEPT | 1 | 0 | 37,729.00 | 0.00 | 5/23/11 |
| 3 | 900027 | 818495130164 | | (978093AF9) RIDGE CLEARING & OUTSOURCING | 33,418.00 | 32,339.00 | -1,079.00 | ACCEPT | 1 | 0 | 32,339.00 | 0.00 | 5/23/11 |
| 3 | 900031 | 225773154277 | | (978093AF9) SOUTHWEST SECURITIES, INC. | 436,604.00 | 5,391.00 | -371,922.00 | ACCEPT | 1 | 0 | 5,391.00 | 0.00 | 5/23/11 |
| 3 | 900031 | 225773156433 | | (978093AF9) SOUTHWEST SECURITIES, INC. | 436,604.00 | 16,171.00 | -371,922.00 | ACCEPT | 1 | 0 | 16,171.00 | 0.00 | 5/23/11 |
| 3 | 900031 | 225773159722 | | (978093AF9) SOUTHWEST SECURITIES, INC. | 436,604.00 | 43,120.00 | -371,922.00 | ACCEPT | 1 | 0 | 43,120.00 | 0.00 | 5/23/11 |
| 3 | 900032 | GA1A | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 19.00 | | ACCEPT | 1 | 0 | 19.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE04 | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 70,071.00 | 0.00 | ACCEPT | 1 | 0 | 70,071.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE1W | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 646,821.00 | 0.00 | ACCEPT | 1 | 0 | 646,821.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE1Z | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 328,799.00 | 0.00 | ACCEPT | 1 | 0 | 328,799.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE2F | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 75,460.00 | 0.00 | ACCEPT | 1 | 0 | 75,460.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE2Y | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 830,088.00 | 0.00 | ACCEPT | 1 | 0 | 830,088.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE3N | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 350,361.00 | 0.00 | ACCEPT | 1 | 0 | 350,361.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE3O | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 5,530,333.00 | 0.00 | ACCEPT | 1 | 0 | 5,530,333.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE7U | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 145,533.00 | 0.00 | ACCEPT | 1 | 0 | 145,533.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE7V | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 43,120.00 | 0.00 | ACCEPT | 1 | 0 | 43,120.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KE9E | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 1,056,476.00 | 0.00 | ACCEPT | 1 | 0 | 1,056,476.00 | 0.00 | 5/23/11 |
| 3 | 900032 | KEBV | | (978093AF9) STATE STREET BANK AND TRUST | 9,168,712.00 | 91,631.00 | 0.00 | ACCEPT | 1 | 0 | 91,631.00 | 0.00 | 5/23/11 |
| 3 | 900033 | 37524974 | | (978093AF9) STIFEL, NICOLAUS & COMPANY | 156,513.00 | 21,559.00 | -134,954.00 | ACCEPT | 1 | 0 | 21,559.00 | 0.00 | 5/23/11 |
| 3 | 900034 | 12891547846 | | (978093AF9) TD AMERITRADE CLEARING, INC. | 22,638.00 | 10,780.00 | -11,858.00 | ACCEPT | 1 | 0 | 10,780.00 | 0.00 | 5/23/11 |
| 3 | 900001 | 394256 | | (978093AF9) THE BANK OF NEW YORK MELLON | 9,642,128.00 | 982,247.00 | -4,326,175.00 | ACCEPT | 1 | 0 | 982,247.00 | 0.00 | 5/23/11 |
| 3 | 900001 | 463063 | | (978093AF9) THE BANK OF NEW YORK MELLON | 9,642,128.00 | 2,695,093.00 | -4,326,175.00 | ACCEPT | 1 | 0 | 2,695,093.00 | 0.00 | 5/23/11 |
| 3 | 900001 | 466304 | | (978093AF9) THE BANK OF NEW YORK MELLON | 9,642,128.00 | 1,369,107.00 | -4,326,175.00 | ACCEPT | 1 | 0 | 1,369,107.00 | 0.00 | 5/23/11 |
| 3 | 900001 | 466308 | | (978093AF9) THE BANK OF NEW YORK MELLON | 9,642,128.00 | 247,947.00 | -4,326,175.00 | ACCEPT | 1 | 0 | 247,947.00 | 0.00 | 5/23/11 |
| 3 | 900001 | 708531191947 | | (978093AF9) THE BANK OF NEW YORK MELLON | 9,642,128.00 | 21,559.00 | -4,326,175.00 | ACCEPT | 1 | 0 | 21,559.00 | 0.00 | 5/23/11 |
| 3 | 900002 | 1 | | (978093AF9) THE BANK OF NEW YORK | 4,455,658.00 | 736,428.00 | 0.00 | ACCEPT | 1 | 0 | 736,428.00 | 0.00 | 5/18/11 |
| 3 | 900002 | 2 | | (978093AF9) THE BANK OF NEW YORK | 4,455,658.00 | 3,719,230.00 | 0.00 | ACCEPT | 1 | 0 | 3,719,230.00 | 0.00 | 5/18/11 |
| 3 | 900035 | 420724391351 | | (978093AF9) UBS FINANCIAL SERVICES INC. | 52,957.00 | 26,949.00 | -1.00 | ACCEPT | 1 | 0 | 26,949.00 | 0.00 | 5/23/11 |
| 3 | 900035 | 420724392484 | | (978093AF9) UBS FINANCIAL SERVICES INC. | 52,957.00 | 26,007.00 | -1.00 | ACCEPT | 1 | 0 | 26,007.00 | 0.00 | 5/23/11 |
| 3 | 900036 | 612822520032 | | (978093AF9) VANGUARD MARKETING | 20,482.00 | 15,092.00 | 0.00 | ACCEPT | 1 | 0 | 15,092.00 | 0.00 | 5/23/11 |
| 3 | 900036 | 612822521165 | | (978093AF9) VANGUARD MARKETING | 20,482.00 | 5,390.00 | 0.00 | ACCEPT | 1 | 0 | 5,390.00 | 0.00 | 5/23/11 |
| | | | | **Totals for Class 3** | | | | | | | | | |
| | | | | Aggregate Class 3 Claim Amount Voted to Accept: | 113,365,508.00 | 100.00% | | | | | | | |

## Wolverine Tube Inc.
## Tabulation Report as of 6/9/2011

| Class | Ballot ID | Acct No. | Claim No. | Nominee Name/Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Aggregate Class 3 Claim Amount Voted to Reject: | 779.00 | 0.00% | | | | | | | |
| | | | | Aggregate Class 3 Claim Amount Voted: | 113,366,287.00 | | | | | | | | |
| | | | | Aggregate Class 3 Claim Quantity Voted to Accept: | 85 | 98.84% | | | | | | | |
| | | | | Aggregate Class 3 Claim Quantity Voted to Reject: | 1 | 1.16% | | | | | | | |
| | | | | Aggregate Class 3 Claim Quantity Voted: | 86 | | | | | | | | |

# Wolverine Tube Inc.
## Tabulation Report as of 6/9/2011

| Class | Ballot ID | Acct No. | Claim No. | Nominee Name/Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000004 | 10725 | 183.00 | PENSION BENEFIT GUARANTY CORPORATION | 1.00 | | | ACCEPT | 1 | 0 | 1.00 | 0.00 | 5/26/11 |
| | Totals for Class 5 | | | | | | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted to Accept: | 1.00 | 100.00% | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted to Reject: | 0.00 | 0.00% | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted: | 1.00 | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted to Accept: | 1 | 100.00% | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted to Reject: | 0 | 0.00% | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted: | 1 | | | | | | | | |



| Fund Name/Creditor Name | Noteholder/Nominee or Claim Holder | Class |
|---|---|---|
| DWS Life Cycle Long Range Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income Plus Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Strategic Income VIP | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income Trust | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income VIP | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Strategic Income Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Strategic Income Trust | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Multi Market Income Trust | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Balanced Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Balanced VIP | Deutsche Investment Management Amercias Inc. | 3 |
| Commingled Pension Trust Fund (High Yield) | JP Morgan Chase | 3 |
| JPMorgan Core Plus Bond Fund | JP Morgan Chase | 3 |
| JPMorgan US High Yield Bond Mother Fund | JP Morgan Chase | 3 |
| Louisiana State Employee' Retirement Systems | JP Morgan Chase | 3 |
| JPMorgan High Yield US Dollar Mother Fund | JP Morgan Chase | 3 |
| JPMorgan High Yield Fund | JP Morgan Chase | 3 |
| Pacholder High Yield Fund, Inc. | JP Morgan Chase | 3 |
| Principal Funds, Inc. - High Yield Fund I. | JP Morgan Chase | 3 |
| Southern UTE Permanent Fund | JP Morgan Chase | 3 |
| Sunrise Partners Limited Partnership | Goldman, Sachs & Co. | 3 |
| Flagstick Enhanced Creditor Master Fund | Goldman, Sachs & Co. | 3 |
| City of Milford Employee Pension Fund | Merrill Lynch | 3 |
| 10th Mountain Division Hut Endowment Inc. | Merrill Lynch | 3 |
| Public Employee Retirement System of Idaho | Mellon Bank | 3 |
| Plainfield Capital Limited (Plainfield) | | 3 |
| Plainfield OC Master Fund Limited (Plainfield) | | 3 |
| Plainfield Special Situations Master Fund II Limited (Plainfield) | | 3 |
| PBGC | | 5 |

**EXHIBIT C**

| Fund Name | Noteholder/Nominee | Class |
|---|---|---|
| DWS Life Cycle Long Range Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income Plus Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Strategic Income VIP | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income Trust | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS High Income VIP | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Strategic Income Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Strategic Income Trust | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Multi Market Income Trust | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Balanced Fund | Deutsche Investment Management Amercias Inc. | 3 |
| DWS Balanced VIP | Deutsche Investment Management Amercias Inc. | 3 |
| Commingled Pension Trust Fund (High Yield) | JP Morgan Chase | 3 |
| JPMorgan Core Plus Bond Fund | JP Morgan Chase | 3 |
| JPMorgan US High Yield Bond Mother Fund | JP Morgan Chase | 3 |
| Louisiana State Employee' Retirement Systems | JP Morgan Chase | 3 |
| JPMorgan High Yield US Dollar Mother Fund | JP Morgan Chase | 3 |
| JPMorgan High Yield Fund | JP Morgan Chase | 3 |
| Pacholder High Yield Fund, Inc. | JP Morgan Chase | 3 |
| Principal Funds, Inc. - High Yield Fund I. | JP Morgan Chase | 3 |
| Southern UTE Permanent Fund | JP Morgan Chase | 3 |
| Sunrise Partners Limited Partnership | Goldman, Sachs & Co. | 3 |
| Flagstick Enhanced Creditor Master Fund | Goldman, Sachs & Co. | 3 |
| City of Milford Employee Pension Fund | Merrill Lynch | 3 |
| 10th Mountain Division Hut Endowment Inc. | Merrill Lynch | 3 |
| Public Employee Retirement System of Idaho | Mellon Bank | 3 |
| Plainfield Capital Limited (Plainfield) | | 3 |
| Plainfield OC Master Fund Limited (Plainfield) | | 3 |
| Plainfield Special Situations Master Fund II Limited (Plainfield) | | 3 |

**EXHIBIT D**

# Wolverine Tube Inc.
## Defective Ballots as of 6/9/2011

**Key to Defect Codes:**
A- No signature indicated on ballot
B- Non-original signature indicated on ballot
C- Ballot received via facsimile, email, or other electronic transmission
D- Ballot has been superseded by a subsequently filed Ballot
E- Ballot/Voting data is illegible
F- Voting entity does not hold a claim in Plan Class set forth on Ballot
G- Ballot received after the Voting Deadline
H- Ballot revoked by written request
I- Ballot revoked by Court order
J- Ballot indicates neither acceptance nor rejection, or both acceptance and rejection
K- Only signature page returned
L- Intra-class ballots voted inconsistently
N- Ballot submitted on behalf of claims in a non-voting class

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Defect Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 900031 | 15330545521T | | (978093AF9) SOUTHWEST SECURITIES, INC. | 436,604.00 | 21,559.00 | -415,045.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/27/11 | G |
| 3 | 900031 | 36837877621T | | (978093AF9) SOUTHWEST SECURITIES, INC. | 436,604.00 | 26,949.00 | -409,655.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/27/11 | G |
| 3 | 900031 | 36839346421T | | (978093AF9) SOUTHWEST SECURITIES, INC. | 436,604.00 | 10,781.00 | -425,823.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/27/11 | G |