# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Wolverine Tube, Inc., et al., | | |
| **Case Number:** | 10-13522-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 10, 2011 09:30 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Confirmation

**R / M #:**   507 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Adjourned to 6/21/11
#2 - Order signed confirming First Amended Joint Plan of Reorganization