## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOLVERINE TUBE, INC., *et al.*,[1] | ) | Case No. 10-13522 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED APRIL 15, 2011 (AS MODIFIED); (II) OCCURRENCE OF PLAN EFFECTIVE DATE; (III) PROFESSIONAL FEE CLAIMS BAR DATE AND (IV) ADMINISTRATIVE EXPENSE CLAIMS BAR DATE**

**TO ALL HOLDERS OF CLAIMS, HOLDERS OF INTERESTS AND OTHER PARTIES-IN-INTEREST –**

**NOTICE IS HEREBY GIVEN OF THE FOLLOWING:**

1. **Confirmation of the Plan.** On June 10, 2011, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") [Docket No. 513] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization dated April 15, 2011 (as modified and confirmed, the "Plan").[2] The Plan, the Confirmation Order and this Notice may be viewed and downloaded free of charge on the Debtors' case website at www.donlinrecano.com.

2. **Occurrence of the Effective Date.** The Effective Date of the Plan occurred on June 28, 2011.

3. **Professional Fee Claims Bar Date.** Pursuant to Section 3.2.2(a) of the Plan, applications for compensation for services rendered and reimbursement of expenses incurred by (i) all Professional Persons and (ii) any person making a claim for compensation or expense reimbursement under Section 503(b) of the Bankruptcy Code, in each case relating to services performed during the period from the Petition Date through the Confirmation Date must be filed with the Bankruptcy Court and served on (a) counsel for the Debtors, Cozen O'Connor, 1201 N. Market Street, Suite 1400, Wilmington, DE 19801, Attn: Mark E. Felger, Esq.; and (b) special corporate and tax counsel for the Debtors, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Scott K. Rutsky, Esq., **by no later than July 11, 2011** (the "Professional Fee Claims Bar Date"). Applications that are not timely filed will not be considered by the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wolverine Tube, Inc. (0812), Tube Forming, L.P. (3323), Wolverine Joining Technologies, LLC (1600), WT Holding Company, Inc. (4984) and TF Investor Inc. (8048). The Debtors' corporate headquarters and the mailing address for each Debtor is 2100 Market Street, NE, Decatur, Alabama 35601.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan or Confirmation Order, as applicable.

4. **Administrative Expense Bar Date.** Pursuant to Section III of the Confirmation Order, all requests for payment of an Administrative Expense Claim (other than those of Professional Persons and those arising under Section 503(b)(9) of the Bankruptcy Code must be filed with the Debtors' claims agent, Donlin, Recano and Company, Inc., re: Wolverine Tube, Inc., *et al.* Claims Processing, P.O. Box 2003, Murray Hill Station, New York, NY 10156 (if sent by mail); Donlin, Recano and Company, Inc., re: Wolverine Tube, Inc., *et al.* Claims Processing, 419 Park Avenue South, Suite 1206, New York, NY 10016 (if sent by hand delivery or overnight courier), and served on (i) counsel for the Debtors, Cozen O'Connor, 1201 N. Market Street, Suite 1400, Wilmington, DE 19801, Attn: Mark E. Felger, Esq.; (ii) special corporate and tax counsel for the Debtors, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Scott K. Rutsky, Esq.; (iii) counsel for the Ad Hoc Group, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente, Esq.; and (iv) counsel to Plainfield, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Elan Daniels, Esq., **by no later than August 12, 2011.** Administrative Expense claims that are not timely filed shall be forever barred and disallowed automatically.

**Any questions regarding this Notice should be directed to the Debtors' counsel, Cozen O'Connor, Attn: Mark E. Felger, Esq., at (302) 295-2000.**

Dated: June 28, 2011

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for Debtors and Debtors in Possession*

– and –

**PROSKAUER ROSE LLP**
Scott K. Rutsky, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Special Corporate and Tax Counsel for Debtors and Debtors in Possession*